UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>CIGARETTES UNLIMITED, L.C., *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 19-cv-3998(ILG)(RLM)<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendants Cigarettes Unlimited L.C., John A. Lash, Anita Lash, Stephen Dabney Riley, Shana L. Biller, Mary Riley, Margaret L. Clark, Candice S. Fox, Monique Pearson, Julius Peters-Brandon, Joanna S. Petties, Paula K. Sloan, Derrick L. Whiting, Jessica Whitehead, and Elizabeth R. Windham (the "Cigarettes Unlimited Defendants") will move this Court, at a time and date to be set by the Court, in Courtroom 8B South, 225 Cadman Plaza East, New York, New York 11201, for an order granting their motion, pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss, in part, the Complaint filed by Plaintiff The City of New York insofar as against the Cigarettes Unlimited Defendants.

Dated:　New York, New York
　　　　　October 14, 2019

　　　　　　　　　　　　　　　　　　　　　　　SHER TREMONTE LLP

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Justin M. Sher
　　　　　　　　　　　　　　　　　　　　　　　　　　Justin M. Sher
　　　　　　　　　　　　　　　　　　　　　　　　　　Alexandra G. Elenowitz-Hess
　　　　　　　　　　　　　　　　　　　　　　　90 Broad Street, 23rd Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　　　　Tel: 212.202.2600
　　　　　　　　　　　　　　　　　　　　　　　Email: jsher@shertremonte.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Cigarettes Unlimited Defendants*