# EXHIBIT 1

Julius,

If I have already talked to you you don't have to read this but I'm trying to make sure I remember to tell you everything so this will get long. Busy day today.

Rob was arrested tuesday night after being here. Mary said "they" followed him and got him up north. He left $4,000 here that no one realized until after shift change. We never got to tell him. It's in an envelope in the safe because we didn't know what else to do with it. He may also have 6 extra cartons because we are short that but also have not been able to ask him about it due to the being arrested thing. John knows about the missing cartons but NOT about the money that is Rob's.

Before finding all of that out. Rob wanted mom to ask John if he knew anything about Virginia State Troopers following people back to New York because that is what Debbie is claiming happened. Then Mary said "they" followed Rob. John thinks that's bullshit and Debbie probably turned Rob in. But after thinking

Turn over

about it John called back and said we need to cool it down and NOT have any buyers this week or next week and to cancel there orders. I chacelled the ones I put in today. Mary knows because she called after that and mom told Joe already. So you still need to call Meryle and Lee because they had orders put in for next week.

6-11

Giant

Rob arrested
Mary. wants to know
if there is another
Day she can come.

No Buyers this
week.

Rob wants us to ask
John if he has ever
heard of a Virginia State
trooper following someone to
New York. This is what
Debbie claims happened

Lee
meryle
mary

salt dr vinegar

5 sl provalone
4 balogna

~~ vegatays~~
~~Red wine~~ Red wine

BJ's

Shaving cream
TP
Root
C~~
ho~
Roch~
Pork loi~
Roast Bee~
Jimmy Dean~
Corndogs
Hot Pockets Ha~
nitrogram buns
Parm cheese
~~ cheese (C)

Candice,
  I'm sure I did this correctly
but just incase you want to
Double check before we file

It was perfect!

Thanks
Shan~

~~Red wine~~

Hi noodle~

~ng
~ssing
~ meat
dried tomatoes x4
tomato sauce x1
Pot pies
Sam's choice burgers
broccoli
Fries