**EXHIBIT 2**

## BULK SALES RECORD SHEET

DATE: 5-22-19　　　　　　　　　　　　　　　　STORE: #5

CUSTOMER NAME: Debbie

| BRAND | RET. | DISC. | # of CRTNS | TOT. RET. | TOT. DISC. |
|---|---|---|---|---|---|
| EX. Marlboro | $44.30 | $2.00 | 20 | $856.00 | $40.00 |
| Marlboro | 54.79 | 2.71 | 150 | 8218.50 | 406.50 |
| Parliament | 59.42 | 2.00 | 35 | 2079.70 | 70.00 |
| Maverick | 40.09 | 2.00 | 10 | 400.90 | 20.00 |
| Pall Mall | 39.84 | 2.00 | 6 | 239.04 | 12.00 |
| Va Slim | 60.60 | 2.00 | 3 | 181.80 | 6.00 |
| Salem | 57.25 | 2.00 | 3 | 171.75 | 6.00 |
| Camel wide | 55.13 | 2.00 | 3 | 165.39 | 6.00 |
| Pyramid | 39.84 | 2.00 | 1 | 39.84 | 2.00 |
| | | | | | |
| Newport | 57.47 | 1.00 | 2 | 114.94 | 2.00 |
| Marlboro | 55.50 | 2.71 | 2 | 111.00 | 5.42 |
| | | | | | |
| Packs | 5.91 | | 5 | 29.55 | |

#1 $12,186.74　　　　　　#1 $518.50

#2 $270.82　　　　　　　#2 $7.42

```
CIGARETTES
UNLIMITED
DATE 05/22/2019 WED    TIME 08:11
150X REG CARTON T1
     @ 54.79         $8218.50
35X  REG CARTON T1
     @ 59.42         $2079.70
10X  GEN CARTON T1
     @ 40.09          $400.90
6X   GEN CARTON T1
     @ 39.84          $239.04
3X   REG CARTON T1
     @ 60.60          $181.80
3X   REG CARTON T1
     @ 57.25          $171.75
3X   REG CARTON T1
     @ 55.13          $165.39
1X   GEN CARTON T1
                      $39.84
TAX1                 $689.82
TOTAL              $12186.74
CASH               $12186.74
CLERK 1    515732   00000
```

```
CIGARETTES
UNLIMITED
DATE 05/22/2019 WED    TIME 08:26
2X   REG CARTON T1
     @ 57.47          $114.94
2X   REG CARTON T1
     @ 55.50          $111.00
5X   REG PACK T1
     @ 5.91            $29.55
TAX1                  $15.33
TOTAL                $270.82
CHARGE1              $270.82
CLERK 1    515737    00000
```

**\*REMEMBER TO ALWAYS ATTACH SALES RECEIPT TO THIS PAPER.**
(If customer requests their receipt, get record of sale from register journal and attach instead)

## BULK SALES RECORD SHEET

DATE: 6-4-19  STORE: #5

CUSTOMER NAME: Meryl

| BRAND | RET. | DISC. | # of CRTNS | TOT. RET. | TOT. DISC. |
|---|---|---|---|---|---|
| EX. Marlboro | $44.80 | $2.00 | 20 | $856.00 | $40.00 |
| VaSlim | 60.60 | 2.00 | 15 | 909.00 | 30.00 |
| Capri | 73.72 | 2.00 | 7 | 516.04 | 14.00 |
| Marlboro | 55.50 | 2.00 | 333 | 18481.50 | 666.00 |
| Newport | 56.47 | 2.00 | 165 | 9317.55 | 330.00 |
| Misty | 53.58 | 2.00 | 6 | 321.48 | 12.00 |
| Parliament | 59.42 | 2.00 | 135 | 8021.70 | 270.00 |
| Lucky | 73.72 | 2.00 | 3 | 221.16 | 6.00 |
| Salem | 57.25 | 2.00 | 7 | 400.75 | 14.00 |
| Winston | 45.00 | 2.00 | 3 | 135.00 | 6.00 |
| Camel | 50.53 | 2.00 | 8 | 404.24 | 16.00 |
| B+H | 71.90 | 2.00 | 10 | 719.00 | 20.00 |
| Merit | 67.24 | 2.00 | 3 | 201.72 | 6.00 |
| Pall Mall | 39.84 | 2.00 | 3 | 119.52 | 6.00 |
| Kool | 44.00 | 2.00 | 6 | 264.00 | 12.00 |
| AmSp | 58.50 | 2.00 | 12 | 2444.08 | 24.00 |

TOT. RETAIL OF ORDER
$43178.78

TOT. ORDER DISCOUNT
$1432.00

CLERK 1
CASH
TOTAL
TAX1
REG CARTON T1
12X
6X
REG CARTON T1
3X
GEN CARTON T1
REG CARTON T1
REG CARTON T1
10X
REG CARTON T1
8X
REG CARTON T1
3X
REG CARTON T1
7X
REG CARTON T1
3X
REG CARTON T1
135X
GEN CARTON T1
6X
REG CARTON T1
165X
REG CARTON T1
333X
MISC TOBACCO
7X
REG CARTON T1
15X
REG CARTON T1
CIGARETTES
UNLIMITED
DATE 06/04/20

## BULK SALES RECORD SHEET

DATE: 6-11-19   STORE: #5

CUSTOMER NAME: ROB

| BRAND | RET. | DISC. | # of CRTNS | TOT. RET. | TOT. DISC. |
|---|---|---|---|---|---|
| EX. Marlboro | $44.80 | $2.00 | 20 | $856.00 | $40.00 |
| Newport | 55.97 | 2.50 | 989 | 55354.33 | 2472.50 |
| Marlboro | 54.39 | 3.11 | 164 | 8919.96 | 510.04 |
| Parliament | 59.29 | 2.13 | 18 | 1067.22 | 38.34 |
| True | 72.12 | 2.00 | 7 | 504.84 | 14.00 |
| Merit | 67.24 | 2.00 | 3 | 201.72 | 6.00 |
| Kool | 44.00 | 2.00 | 3 | 132.00 | 6.00 |
| VA Slim | 59.84 | 2.76 | 4 | 239.36 | 11.04 |
| Misty | 53.58 | 2.00 | 2 | 107.16 | 4.00 |
| Carton | 73.72 | 2.00 | 3 | 221.16 | 6.00 |
| Am Spirit | 58.50 | 2.00 | 1 | 58.50 | 2.00 |
| Camel promo | 47.53 | — | 2 | 95.06 | — |
| Capri | 73.72 | 2.00 | 1 | 73.72 | 2.00 |

```
CIGARETTES
UNLIMITED
DATE 06/11/2019 TUE   TIME 13:31
989X          @ 55.97     $55354.33
REG CARTON T1
164X          @ 54.39     $8919.96
REG CARTON T1
18X           @ 59.29     $1067.22
REG CARTON T1
7X            @ 72.12     $504.84
REG CARTON T1
3X            @ 67.24     $201.72
REG CARTON T1
3X            @ 44.00     $132.00
REG CARTON T1
4X            @ 59.84     $239.36
REG CARTON T1
2X            @ 53.58     $107.16
REG CARTON T1
3X            @ 73.72     $221.16
REG CARTON T1
              @ 58.50     $58.50
REG CARTON T1
2X            @ 47.53     $95.06
REG CARTON T1
              @ 73.72     $73.72
REG CARTON T1
TAX1                      $4018.50
TOTAL                     $70993.53
CASH                      $70993.53
CLERK 1       519113       00000
```

TOT. RETAIL OF ORDER: $70993.53

TOT. ORDER DISCOUNT: $3071.92

*REMEMBER TO ALWAYS ATTACH SALES RECEIPT TO THIS PAPER.