**EXHIBIT 3**

NEW YORK CITY

LAW DEPARTMENT

=========================================================

Interview of:

John Lash

=========================================================

Date:

In the Matter of:  Reference matter number 2019-041691

Transcribed by:        Geneva Worldwide, Inc.

| | | |
|---|---|---|
| 1 | Sam: | Sam:    So how long have you and Stephen been partners? |
| 2 | John: | 25 years. |
| 3 | Sam: | Wow. |
| 4 | John: | Yeah. |
| 5 | Sam: | Wow, you guys are like brothers, huh? |
| 6 | | * * * |
| 7 | Sam: | Well, John, well, basically, what I'm going to do is we're, we're gonna talk |
| 8 | | a little bit and you just kind of explain to me like this bulk stuff, how long |
| 9 | | has this been going on? |
| 10 | John: | Oh, I don't know, 18 years, maybe a little longer. |
| 11 | Sam: | Has it been the same guys, Rob and all them or? |
| 12 | John: | No, they come and go, you know. |
| 13 | Ryan: | Who was the first person from New York that you dealt with? |
| 14 | John: | Oh God, I can't remember.  You know, that's -- |
| 15 | Ryan: | I, I know it's probably you're reaching back a little bit. |
| 16 | | * * * |
| 17 | John: | They, they come by the store.  They didn't introduced to me.  They just |
| 18 | | come by. |
| 19 | Ryan: | Just, just simply trying to get a bulk order? |
| 20 | John: | Yeah, yeah. |
| 21 | Ryan: | Okay. |
| 22 | Sam: | So when the bulk orders come, how, how is the money -- I, I know from |
| 23 | | your -- all your receipts that your employees graciously, which you should |
| 24 | | smack them for not running those through shredders. |
| 25 | John: | Yeah. |

2

| | | |
|---|---|---|
| 1 | Sam: | I mean just for -- from a -- |
| 2 | John: | We don't -- |
| 3 | Sam: | I mean bank, bank stuff and everything -- |
| 4 | John: | We don't try to be crooks or anything. |
| 5 | Sam: | Oh, I know that and that's why we know that, that that's why that stuff was |
| 6 | | thrown away, but just for the people that want to be hurtful to you. |
| 7 | John: | Yeah. |
| 8 | Sam: | You know, tell them to shred everything.  I'm just gonna give you a |
| 9 | | pointer because, you know, it was easy for -- most of these investigations, |
| 10 | | John, take three years.  Okay.  The federal people wanted to work this |
| 11 | | case.  Okay.  But we said, no, let us handle this case in state.  Okay, |
| 12 | | because federal stuff, you don't want to play with that and I know you |
| 13 | | guys aren't bad people, John, I know that.  And here -- |
| 14 | | * * * |
| 15 | Sam: | John, back to all this.  Do you know why people come to Virginia to buy |
| 16 | | cigarettes and take them to New York? |
| 17 | John: | Yeah, the cost. |
| 18 | Sam: | Yeah, and do you know what, what, what the cost difference is?  Do you |
| 19 | | know why it is that way? |
| 20 | John: | Probably $60, $70. |
| 21 | Sam: | Yeah, it's very expensive.  But do you know why, like is it, you know, |
| 22 | | state tax?  Right.  Yeah, we're, we're good, buddy.  Thank you.  State taxes |
| 23 | | is what, what causes it to be that high and unfortunately that's ridiculous |
| 24 | | but in New York, their taxes are absolutely crazy. |
| 25 | John: | Yeah, I know. |

| | | |
|---|---|---|
| 1 | | * * * |
| 2 | Ryan: | Doesn't -- I mean all, all these people are from New York. |
| 3 | John: | Yeah, I knew a lot of them are from New York or [unclear] [00:46:05]. |
| 4 | Ryan: | Did you know that they were going to be bringing their, their bulk orders |
| 5 | | back to New York? |
| 6 | John: | Yeah, I knew they were from.  I knew that's where they were taking it. |
| 7 | | Yeah. |
| 8 | Ryan: | Okay. |
| 9 | Sam: | Alright. |
| 10 | John: | I mean where, where else would they take cigarettes up north?  I don't |
| 11 | | know if New York or Ma-- I think one of them's from Massachusetts or |
| 12 | | Connecticut or something. |
| 13 | Ryan: | Okay. |
| 14 | Sam: | So who, who is mom?  Who do they call mom in Prince William County, |
| 15 | | the Prince William County store, Dale City.  Who do they call the |
| 16 | | employee, mom?  Do you know? |
| 17 | John: | It might be Paula, I guess.  She's the oldest woman up there.  I don't know |
| 18 | | -- |
| 19 | Sam: | She -- Paula is? |
| 20 | John: | Yeah, I don't know if they call her -- |
| 21 | Sam: | Okay. |
| 22 | John: | I didn't ever heard that before. |
| 23 | Sam: | Okay.  Yeah, they say mom a lot. |
| 24 | John: | Yeah. |
| 25 | | * * * |

4

| | | |
|---|---|---|
| 1 | Ryan: | Wh-- while you still thinking, how long you been selling cigarettes to |
| 2 | | Meryle? |
| 3 | John: | God, I don't know.  Probably -- |
| 4 | Ryan: | Has she been coming for a while? |
| 5 | John: | Probably five/six years. |
| 6 | Ryan: | Okay. |
| 7 | John: | It could be longer.  Like I say I -- at least five or six years, maybe more. |
| 8 | Ryan: | How did it start? |
| 9 | John: | God, I don't know. |
| 10 | Ryan: | Okay. |
| 11 | John: | Just walked in probably and said, can -- I want -- can I buy cigarettes. |
| 12 | Ryan: | Okay.  Is that the same with Rob? |
| 13 | John: | Most of them, yeah. |
| 14 | Ryan: | Just walked, walked in -- |
| 15 | John: | Yeah. |
| 16 | Ryan: | -- and said, hey, I just want to do a bulk order -- |
| 17 | John: | Yeah. |
| 18 | Ryan: | -- instead of doing like, you know, four or five cartons or something? |
| 19 | John: | Yeah.  Yeah. |
| 20 | Sam: | Has any of your employees ever said we can't do this? |
| 21 | John: | As far as what? |
| 22 | Sam: | Like telling you, hey, John, we can't -- |
| 23 | John: | Yeah, I had one say, is it legal?  I said, as long as we get state sales tax, |
| 24 | | okay, and all the cigarettes are stamped with a federal stamp, yeah, there's |
| 25 | | no problem. |

5

CERTIFICATE OF ACCURACY

I, Maricarmen Betancourt, certify that the foregoing transcript of 2019-041691 for the

interview of John Lash was prepared using the required transcription equipment and is a true

and accurate record of the proceedings.


Certified By


_____


Date: August 29, 2019


GENEVAWORLDWIDE, INC

256 West 38th Street - 10th Floor

New York, NY 10018