**EXHIBIT 4**



# CERTIFICATION

| | |
|---|---|
| Completed Transcript: | Illegal Cigarette Sale Interview (19-05920) |
| Audio Source: | Illegal Cigarette Sale Interview 1000-1020 (19-05920).wav<br>Illegal Cigarette Sale Interview 1320-1350 (19-05920).wav<br>Illegal Cigarette Sale Interview 1400-1455 (19-05920).wav |
| Matter Number: | 2019-041691 |
| Case Name: | CITY OF NEW YORK VS CIGARETTES UNLIMITED |

I hereby certify that the following document is an accurate transcription, to the best of my ability, of the audio source referenced above.

*/s/ Chelsea Jackson*
**CHELSEA JACKSON**

| | | |
|---|---|---|
| 1 | | **Illegal Cigarette Sale Interview 1000-1020 (19-05920)** |
| 2 | WALSH: | You knew people were coming down from New York just to buy? |
| 3 | RILEY: | Did I know for sure? No. |
| 4 | WALSH: | Okay. |
| 5 | RILEY: | Did I assume? Yeah. |
| 6 | WALSH: | So how long did you kind of assume or -- figure that might be |
| 7 | | going on? |
| 8 | RILEY: | My God, I don't know. |
| 9 | WALSH: | A good while? |
| 10 | RILEY: | I guess. |
| 11 | WALSH: | So it's been -- it's been pretty good, or reasonably good? |
| 12 | RILEY: | Yeah. I mean, we're doing alright. |
| 13 | WALSH: | Okay. |
| 14 | | **END OF AUDIO FILE** |
| 15 | | **Illegal Cigarette Sale Interview 1320-1350 (19-05920)** |
| 16 | WALSH: | So -- tell me about your operation. What -- what do you know? |
| 17 | | And what did you suspect might be -- going on? You know, you |
| 18 | | said something about, or kind of alluded to, well -- "I didn't know |
| 19 | | it was wrong. But, you know, I kind of figured that people were |
| 20 | | coming down from New York." How did you know that? |
| 21 | RILEY: | I mean, where else are they gonna deal with it? |
| 22 | WALSH: | If I were going to traffic cigarettes, that's the -- number one place |
| 23 | | that they go? |
| 24 | RILEY: | Yeah. |
| 25 | WALSH: | Or to Staten Island, right? |

- 2 -

| | | |
|---|---|---|
| 1 | RILEY: | I've -- I've never met one of them. |
| 2 | | **END OF AUDIO FILE** |
| 3 | | **Illegal Cigarette Sale Interview 1400-1455 (19-05920)** |
| 4 | ALLISON: | To -- so, how long has -- has -- when you first -- certainly, when |
| 5 | | you first started this business -- |
| 6 | RILEY: | Uh-huh. |
| 7 | ALLISON: | -- twenty-two years ago -- |
| 8 | RILEY: | Right. |
| 9 | ALLISON: | -- business was not as good as it is now? |
| 10 | | And its picked up through the years. At what point -- |
| 11 | RILEY: | I think as the northern states have -- uh -- put the unbelievable |
| 12 | | taxes on cigarettes-- I mean, they created the problem. |
| 13 | | **END OF AUDIO FILE** |