**EXHIBIT 5**



# CERTIFICATION

| | |
|---|---|
| Completed Transcript: | Cigarette Sales Discussion (19-05919) |
| Audio Source: | Cigarette Sales Discussion 500-530 (19-05919).wav |
| | Cigarette Sales Discussion 645-750 (19-05919).wav |
| | Cigarette Sales Discussion 845-910 (19-05919).wav |
| Matter Number: | 2019-041691 |
| Case Name: | CITY OF NEW YORK VS CIGARETTES UNLIMITED |

I hereby certify that the following document is an accurate transcription, to the best of my ability, of the audio source referenced above.

*/s/ Chelsea Jackson*

**CHELSEA JACKSON**

1    **Cigarette Sales Discussion 500-530 (19-05919)**

2    TITTLE:            I mean and all of sudden you're taking them out of your black

3                              trash bags and putting (unclear)?

4    PETERS-BRANDON:        I mean. It's -- It's all rang up and all that. So I mean, I

5                              didn't know it was illegal for me to sell cigarettes out of my store.

6                              Know what I mean?

7    TITTLE:            Legitimately, yes. That -- that there's --

8    PETERS-BRANDON:        But I didn't know like the aspects of me selling to out of

9                              towners is illegal. Know what I mean? I just -- I'm just told --

10   TITTLE:            So how -- how does John explain it to you?

11   PETERS-BRANDON:        That we have buyers coming down and ring them up. And

12                             count the cash. Make sure the cash is right, and --

13   TITTLE:            Uh-huh.

14   PETERS-BRANDON:        -- then drop the money. As simple as that. Like I had two

15                             managers before I got my (unclear) job.

16   TITTLE:            Okay.

17                     **END OF AUDIO FILE**

18                 **Cigarette Sales Discussion 645-750 (19-05919)**

19   TITTLE:            All that stuff man.

20   PETERS-BRANDON:        Right.

21   TITTLE:            So I mean you're being relatively naïve about, you know, the

22                             legality of how to sell cigarettes.

23   PETERS-BRANDON:        Right. Right. Right.

24   TITTLE:            I get it. You're doing what you're told.

25   PETERS-BRANDON:        But yeah --

1     TITTLE:     Did you ever think at all that it was something that didn't kind of

2     seem right like -- A legitimate sale of cigarettes now -- now track

3     with me --

4     PETERS-BRANDON:     Uh-huh.

5     TITTLE:     I come to the business. I -- I want ten cartons of cigarettes.

6     PETERS-BRANDON:     Uh-huh.

7     TITTLE:     Is -- is it common that you put all items like that in a black trash

8     bag?

9     PETERS-BRANDON:     I mean for buyers, yes.

10     TITTLE:     Well buyers from like New York or you're talking about just

11     regular your everyday customers?

12     PETERS-BRANDON:     I mean everyday -- I mean buyers like from out of state I

13     guess. Know what I mean? Like cause I mean that's what they was

14     doing, hear me out. When I started here, that's what it's always

15     been. Like so I didn't know like -- I was always told it's not illegal

16     for us to sell to somebody in VA. What is illegal is for them to take

17     it across state lines.

18     TITTLE:     Yeah.

19     PETERS-BRANDON:     So when I sell it out of this store, I'm thinking I'm okay.

20     You know what I mean cause I -- I'm not -- I'm not taking it over

21     state lines. I'm just doing my job --

22     TITTLE:     Yeah you're not, no.

23     PETERS-BRANDON:     -- I'm just doing what I'm told.

24     TITTLE:     (Unclear).

25     PETERS-BRANDON:     You know, I earn a paycheck and that's -- that's --that's --

1      TITTLE:           I get you.

2      PETERS-BRANDON:      -- that's what it is. Like I don't -- I don't do --

3                               **END OF AUDIO FILE**

4                      **Cigarette Sales Discussion 845-910 (19-05919)**

5      TITTLE:           This is crazy to me. Like I didn't realize, like, I was doing
6                          something wrong like, you know what I'm mean ,like --

7      PETERS-BRANDON:      Yeah. Well --

8      TITTLE:           I mean don't get it wrong. Like I know it's -- it's illegal for them to
9                          take it across state lines. But I didn't know it was illegal for me to
10                        sell it to them.

11     PETERS-BRANDON:      I gotta, yeah.

12     TITTLE:           I mean because my boss just told me, "These people are coming.
13                        Ring them up." Do it like that.

14     PETERS-BRANDON:      (Unclear).

15     TITTLE:           And I'm like -- I'm literally just an employee here, like --

16     PETERS-BRANDON:      So does -- does he call you and tell you who's coming?

17                               **END OF AUDIO FILE**