UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

THE CITY OF NEW YORK,

                        Plaintiff,           Civil Action No. 19-cv-3998

        -against-

CIGARETTES UNLIMITED, L.C., JOHN A. LASH, III, ANITA LASH, STEPHEN DABNEY RILEY, SHANA L. BILLER, MARY RILEY, MARGARET L. CLARK, CANDICE S. FOX, MONIQUE PEARSON, JULIUS PETERS-BRANDON, JOANNA S. PETTIES, PAULA K. SLOAN, DERRICK L. WHITING, JESSICA WHITEHEAD, ELIZABETH R. WINDHAM, DEBRA A. ANTICO, JOSEPH N. ANTICO, THOMAS GUGLIELMO, MERYLE MCGOWAN, ROBERT A. SCHMIDT, RAZIK K. SHARKI, and John or Jane Doe 1-30,

                        Defendants.

----------------------------------------------------------------- x

## DECLARATION OF JOSEPH ANTICO, Jr.

Joseph Antico, Jr. declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Joseph Antico Jr. I reside in 69 Stepney Street, Staten Island, NY 10314, and have done so for the past 2 years.

2. This declaration describes many of my interactions with the defendants Cigarettes Unlimited, L.C., ("Cigarettes Unlimited") and certain persons identified to me as owners or employees of Cigarette Unlimited. This declaration sets forth my present recollections, but does not necessarily contain all of the information that I possess concerning Cigarettes Unlimited and its owners and employees.

3. I began in 2017 to accompany my mother, Debra Antico in driving from Staten Island, New York, to Virginia where she purchased Virginia-taxed cigarettes for re-sale in Staten Island. I began to drive with her after she was the target of a robbery attempt. We usually drove to Virginia once or usually twice a week. We would make the round trip from Staten Island to Virginia and back the same day, leaving New York for Virginia at about 2 a.m. and arriving in Virginia at about 7 a.m. We always used rental vehicles, never our personal vehicles, to travel to Virginia.

4. Debra Antico always purchased cigarettes from the same Virginia store – Cigarettes Unlimited, at the Dale City location. She always first placed her order by telephone, in advance of driving down to Virginia to pick up the cigarettes. She purchased between 100 to 200 cartons, 4 to 5 cases, each time we visited Cigarettes Unlimited.

5. I observed Debra to interact with only two Cigarettes Unlimited employees, "Julius," who I understood to be the store manager, and "Paula," who I understood to be the Assistant Manager. I do not believe that I ever spoke to Julius or Paula. The only other Cigarettes Unlimited employee that I was familiar with was an older white male I referred to as "Santa Claus" – an older man whose name I do not know.

6. When we arrived at Cigarettes Unlimited at 7 a.m., the store was closed to the public; there were never any customers in the store. We parked in the parking area adjacent to the front door of the store. After we arrived, Julius would bring cases of cigarettes from the rear door of the store to the parking lot. The cases of cigarettes were always wrapped in black plastic garbage bags.

7. While we were at Cigarettes Unlimited, there were usually no other vehicles in the store parking lot. After we completed loading, other vehicles arrived at Cigarettes Unlimited, some of which had New York license plates.

8. Whenever Debra Antico and I arrived back in New York with a load of cigarettes, we would stop at the residence of Thomas Guglielmo to unload cigarettes that we had purchased for Mr. Guglielmo, who assisted us in transferring the cases of cigarettes from our vehicle into his garage. After that, we brought the remainder of the cigarettes that had been purchased to 69 Stepney Street, Staten Island, NY 10314 where the cigarettes were placed into the living room.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2019
Staten Island, New York

_____
JOSEPH ANTICO, Jr.