UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**THE CITY OF NEW YORK,**

                  Plaintiffs,

- against -

**CIGARETTES UNLIMITED, L.C., JOHN A. LASH, III, ANITA LASH, STEPHEN DABNEY RILEY, SHANA L. BILLER, MARY RILEY, MARGARET L. CLARK, CANDICE S. FOX, MONIQUE PEARSON, JULIUS PETERS-BRANDON, JOANNA S. PETTIES, PAULA K. SLOAN, DERRICK L. WHITING, JESSICA WHITEHEAD, ELIZABETH R. WINDHAM, DEBRA A. ANTICO, JOSEPH N. ANTICO, THOMAS GUGLIELMO, MERYLE MCGOWAN, ROBERT A. SCHMIDT, RAZIK K. SHARKI, and John or Jane Doe 1-30,**

                  Defendants.

19-CV-3998 (ILG) (RLM)

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

Pursuant to Federal Rule of Civil Procedure 41(a)(2) defendants Debra A Antico, Joseph N. Antico, Meryle McGowan, Robert A. Schmidt and Razik K. Sharki are dismissed from this action, with prejudice.

**SO ORDERED**:

/s/   I. Leo Glasser
_____
Hon. I. Leo Glasser
United States District Judge

Dated:  October 27, 2020